UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:07-65-cr-06 SEB-KPF |
| vs. | ) | |
| | ) | |
| ERIC GUDE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____) | | _____ |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:07-66-cr-08 SEB-KPF |
| | ) | |
| JOSE MENDOZA BARRAGAN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DENYING GOVERNMENT'S MOTION TO CONSOLIDATE**

The Court, being duly advised, hereby **DENIES** the Government's Motion to Consolidate for

trial the above-referenced criminal cases involving, respectively, Defendants Barragan and Gude, for

the reason that the likelihood of prejudice to Gude in being joined for trial with Barragan outweighs

the inconvenience to the Government and to the Court of separate trials.

Had the two defendants been indicted together, the Court likely would not have severed them

for trial.  However, because they were indicted separately (for reasons not entirely clear to the Court

but certainly not subject to challenge by us) and, in addition, they are not alleged to have been co-

conspirators of one another, and because the factual overlaps and connections in their alleged

1

criminal activities as described by the Government in its motion are relatively insubstantial and that

their connection would come into evidence, assuming its admissibility, pursuant to Rule 404(b) and

not through direct evidence, the Court concludes in its discretion that each case should continue to

be litigated separately and resolved separately, either by individual jury trials or by the Defendant's

respective pleas of guilty.

The trial of Defendant Barragan remains set for <u>Monday, July 21, 2008</u>, at 9:30 a.m. in Room

216 of the United States Courthouse.  The trial of Defendant Gude will be reset by separate order.

IT IS SO ORDERED.

Date: 06/18/2008 _____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Melanie C. Conour
UNITED STATES ATTORNEY'S OFFICE
melanie.conour@usdoj.gov

Todd Eric Ess
TODD ESS
todderic@comcast.net

Stephen G. Gray
ATTORNEY AT LAW
misstuffy@aol.com

David  Segal
DAVID SEGAL
davidsegal4@verizon.net

U.S. Marshal
U.S. Courthouse
Indianapolis, IN 46204

U.S. Probation
U.S. Courthouse
Indianapolis, IN 46204